James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACON, JAMES; C-06-1183 SBA | Before the Honorable Sandra Brown Armstrong |
| BARFIELD, DANTE; C-06-1048 SBA | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG** |
| BLUMENSCHEIN, HAZEL; C-06-1038 SBA | |
| BOHONIK, BORYS; C-06-1560 SBA | Conference Date:  June 14, 2006<br>Conference Time:  2:45 p.m.<br>Location:  Telephonic Appearance. |
| BROWNE, DRANOEL E.; C-06-1496 SBA | |
| BURKLEY, MAXINE; C-06-1197 SBA | |
| CAMPBELL, ROBERT; C-06-1243 SBA | |
| CARMACK, GEORGE; C-06-0893 SBA | |
| CARROLL, DAVID R.; C-06-1461 SBA | |
| CARSON, PAMELA AND SIDNEY; C-06-0973 SBA | |
| CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA | |
| COOK, DENINE; C-05-5292 SBA | |

– 1 –                                                                      DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

– 2 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1. COSSICK, WILLIAM; C-06-1181 SBA
2. DELOACH, MENSENIA E.; C-06-1325 SBA
3. EWELL, TORITHA D.; C-06-1694 SBA
4. FORBES, SANDRA J.; C-06-1450 SBA
5. FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA
6. GINN, JERRY LEE AND JUDITH ANN NADLE; C-06-0008 SBA
7. GRILLOT, PATRICIA; C-06-0974 SBA
8. GUY, MARCUS L.; C-06-1569 SBA
9. HALL BONNIE AND HOWARD J. HALL; C-06-1272 SBA
10. HANSON, MANFORD; C-06-1107 SBA
11. HOFFMAN, ROSA A. AND KENNETH W. JR.,; C-06-1271 SBA
12. HOLLIS, IDA L.; C-06-1452 SBA
13. JONES HAYMAN, TRACY L.; C-06-1704 SBA
14. KELLY, JAMES AND TAMMY,; C-05-5151 SBA
15. LAVAS, SHARON; C-06-1157 SBA
16. LEMKE, DANIEL; C-06-0977 SBA
17. LINN, LINDA R.; C-06-1338 SBA
18. LUTHY, JOHN; C-06-1030 SBA
19. MALAYECO, FERN; C-06-1173 SBA
20. MARTORANA, LINDA; C-06-1167 SBA
21. MEYER, JAMES AND MARTHA; C-06-1022 SBA

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

DOCSOAK-9830897.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA
2
3   O'NEIL, TIMOTHY; C-05-5099 SBA
4   PORTER, E.L. AND RUTH E.; C-06-0985 SBA
5   SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA
6
7   SEIGENFUSE, BETH M.; C-06-1372 SBA
8   SENSENIG, DAVID; C-06-0250 SBA
9   SEWELL, MARK; C-05-5148 SBA
10  SHOWS, PATSY; C-06-0954 SBA
11  SMILEY-HARRIS, ALBERTA; C-05-5291 SBA
12
13  TAYLOR, ANNA AND DENNIS; C-06-1059 SBA
14  TRUITT, EDWARD; C-06-1539 SBA
15  VERES, DOLORES L., et al.; C-06-1324 SBA
16
17  WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA
18  YOUNG, FRANK J.; C-06-1471 SBA
19
20
21
22
23
24
25
26
27
28

– 3 –

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1  For the reasons set forth in the Joint Case Management Conference Statement concerning the
2  May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3
4  IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their
   entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,
5
6  2006 Case Management Conference, are VACATED.

7  IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly
8  inform the Court in writing of the status of the above-captioned cases no later than ten (10) days
9  after the Panel issues any further rulings pertaining to these cases.

10
11  IT IS SO ORDERED

12  DATED: 6/2/06

13  _____
14  The Honorable Sandra Brown Armstrong

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 4 –
DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware